## People of the State of Illinois Plaintiff-Appellee, v. George C. Culver, Defendant-Appellant.

### Gen. No. 51,040. ▮▮▮▮▮▮▮

First District, Second Division.

June 4, 1968.

Gerald W. Getty, Public Defender of Cook County, of Chicago (Frederick F. Cohn, Carolyn Jaffe, and James J. Doherty, Assistant Public Defenders, of counsel), for appellant; John J. Stamos, State's Attorney of Cook County, of Chicago (Elmer C. Kissane and Anthony J. Onesto, Assistant State's Attorneys, of counsel), for appellee. Opinion by JUSTICE LYONS. Not to be published in full.